IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICA MORRIS**                                                                                       **PLAINTIFF**

**V.**                      **CASE NO.: 3:13CV00052 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## JUDGMENT

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Mica Morris. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 11th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE