# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICA MORRIS**                                                                                    **PLAINTIFF**

**V.**                        **CASE NO.: 3:13CV00052 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

## ORDER

Plaintiff Mica Morris has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.  (Docket entry #17)  In her motion, Ms. Morris requests fees and expenses in the amount of $2,083.08.  The Commissioner does not object to the amount requested.  (#19)

Accordingly, Ms. Morris's motion (#17) is GRANTED, and she is awarded $2,083.08 in fees and expenses, subject to offset if she has outstanding federal debts.

DATED this 25th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE